WALLACE M. TICE, ESQ. (SBN 88177)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Plaintiff,
EILEEN BUCKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| EILEEN BUCKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MBH CONSULTING, INC. DEFERRED COMPENSATION TRUST; MBH CONSULTING, INC.; MBH SOLUTIONS, INC.; and PETER McCREE,<br><br>Defendants. | Case No.: C 05-03282 SC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br>  ORDER<br><br>Dept.: Courtroom 1, 17th Floor<br>Honorable Samuel Conti<br><br>CASE FILED: 8/11/05<br>TRIAL DATE: N/A |

NOTICE IS HEREBY GIVEN THAT, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff EILEEN BUCKLEY dismisses her action against MBH CONSULTING, INC. DEFERRED COMPENSATION TRUST; MBH CONSULTING, INC.; MBH SOLUTIONS, INC.; and PETER McCREE, without prejudice.

DATED: May 10, 2006          LYNCH, GILARDI & GRUMMER

                              By _____
                                 Wallace M. Tice, Esq.
                                 Attorneys for Plaintiff, EILEEN BUCKLEY

IT IS SO ORDERED
/s/ Judge Samuel Conti
5/11/06

F:\PF77...\dismissal.001.doc

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE